UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE HIRAI, a single man,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENERGY NORTHWEST, a Washington municipal corporation,<br><br>　　　　Defendant. | NO. CV-06-5076-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On July 9, 2007, the parties filed a joint Stipulation for Dismissal (Ct. Rec. 11).  Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and to **close the file**.

**DATED** this 11th day of July, 2007.

　　　　　　　　　　*S/ Robert H. Whaley*

　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　Chief United States District Judge

Q:\CIVIL\2006\Hirai\ord.stip.dismiss.wpd

**ORDER DISMISSING COMPLAINT** \* 1